

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00142-CR
## No. 10-18-00147-CR

## EX PARTE JOHN R. POWELL

**From the 12th District Court
Walker County, Texas
Trial Court Nos. 27986 & 25048**

## REINSTATMENT ORDER

The appellant's brief in appellate case number 10-18-00142-CR is overdue. We abated this appeal to the trial court to conduct any necessary hearings pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3). The required hearing was held. Accordingly, this appeal is reinstated.

Further, the Court ORDERS the brief of appellant which was filed in appellate case number 10-18-00147-CR to be also filed in appellate case number 10-18-00142-CR. The State's briefs in these appeals are due 30 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal reinstated
Order issued and filed August 22, 2018

